

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 8, 2022

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 7** |
| | § | |
| JUPITERMLP, LLC, | § | |
| *Debtor.* | § | **CASE NO. 19-32800-SGJ-7** |
| | § | |
| DANIEL J. SHERMAN, CHAPTER 7 TRUSTEE, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | **ADV. NO. 22-03018-SGJ** |
| | § | |
| RPS GROUP, INC., | § | |
| | § | |
| *Defendant.* | § | |

## AGREED ORDER ON AGREED MOTION TO ABATE PRE-TRIAL DEADLINES AND ANY FURTHER SCHEDULING FOR DOCKET CALL AND TRIAL

Having considered the Agreed Motion to Abate Pre-Trial Deadlines and Any Further Scheduling for Docket Call and Trial (the "Agreed Motion") filed by Daniel J. Sherman, Chapter 7 Trustee, (the "Trustee") and RPS Group, Inc. (the "Defendant" or "RPS") in the above-captioned adversary proceeding (the "Adversary Proceeding"), and the agreement of the parties with respect

to the relief requested in the Agreed Motion, the Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding under 28 U.S.C. § 157(b)(2); (iii) notice of the Agreed Motion was proper, and (iv) cause exists to grant the Agreed Motion to the extent set forth herein.

**IT IS THEREFORE ORDERED** that:

1. The Motion is hereby **GRANTED.**

2. The current docket call and trial settings in this Adversary Proceeding, as set out under the February 1, 2022 Scheduling Order [Docket No. 3], shall be removed from the Court's calendar.

3. Pursuant to the agreement between the parties, the trial setting and all pre-trial deadlines in this Adversary Proceeding, beginning May 23, 2022, are hereby abated.

4. This Agreed Order is effective immediately upon its entry.

5. This Court shall retain exclusive jurisdiction with respect to all matters relating to or arising from the interpretation, implementation, or enforcement of the terms of this Agreed Order.

### ### END OF ORDER ###

Order Submitted By:

| | |
|---|---|
| _/s/Jeffrey R. Seckel_ [2022-07-08] | /s/*Jason A. Enright* [2022-07-08] |
| **JEFFREY R. SECKEL** | **Jason R. Bernhardt** |
| Texas Bar Number 17973200 | Texas Bar No. 24045488 |
| **MARC W. TAUBENFELD** | **Jason A. Enright** |
| Texas Bar I.D. 19679800 | Texas Bar No. 24087475 |
| **MCGUIRE CRADDOCK STROTHER PC** | **WINSTEAD PC** |
| 500 N. Akard Street, Suite 2200 | 500 Winstead Building |
| Dallas, Texas 75201 | 2728 N. Harwood Street |
| T: (214) 954-6800 | Dallas, Texas 75201 |
| F: (214) 954-6868 | T: (214) 745-5400 |
| JSeckel@mcslaw.com | F: (214) 745-5390 |
| Mtaubenfeld@mcslaw.com | jbernhardt@winstead.com |
| **SPECIAL COUNSEL FOR DANIEL J. SHERMAN, CHAPTER 7 TRUSTEE** | jenright@winstead.com |
| | **COUNSEL FOR RPS GROUP, INC**. |